```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


KELLY MASON,                    )
                                )
            Plaintiff,          )
                                )
       vs.                      )       No. 4:07-CV-1134 (CEJ)
                                )
ST. JOHN'S MERCY HEALTH         )
SYSTEM,                         )
                                )
            Defendant.          )
```

### ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

                                                                      CAROL E. JACKSON
                                                                     UNITED STATES DISTRICT JUDGE

Dated this 24th day of August, 2007.